IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE E. MORRIS and HARRY MORRIS W/H | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 2:11-cv-6325-TNO |
| THE MOORINGS USA, INC. and UNITED STATES YACHT SHOWS, INC. | : | |
| Defendants | : | |

### DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant United States Yacht Shows, Inc. makes the following disclosure:

The nongovernmental corporate party, United States Yacht Shows, Inc. in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

                                            FINEMAN KREKSTEIN & HARRIS, P.C.

                                            BY: _Jay Barry Harris_
                                                  JAY BARRY HARRIS
                                                   ROBERT E. McDIVITT, III

                                                   1735 Market Street, Suite 600
                                                   Philadelphia, PA  19103
                                                   215-893-9300
                                                   jharris@finemanlawfirm.com
                                                   rmcdivitt@finemanlawfirm.com

April 17, 2012                                    Attorneys for Defendant United States Yacht Shows, Inc.

## CERTIFICATE OF SERVICE

I, JAY BARRY HARRIS, ESQUIRE, hereby certify that a true and correct copy of the foregoing DISCLOSURE STATEMENT was electronically served this day, upon the following individuals:

Omid Niknam, Esquire
Law Offices of Omid Niknam, P.C.
1500 Walnut Street, 21st Floor
Philadelphia, PA  19102

Stephen J. Galati, Esquire
Mattioni, Ltd.
399 Market St., Suite 200
Philadelphia, PA 19106

April 17, 2012                                                      _____
                                                                    JAY BARRY HARRIS