IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE E. MORRIS<br>HARRY MORRIS W/H<br>      Plaintiffs,<br>v.<br>THE MOORINGS USA, INC.<br>    and<br>UNITED STATES YACHT SHOWS, INC.<br>      Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:   C.A. 11-cv-6325 (TNO)<br>: |

## DISCLOSURE STATEMENT FORM

The Defendant, The Moorings USA, Inc., listed in the above-captioned civil action, asserts that it is a non-governmental corporate party and that:

1. The Moorings, USA, Inc. is an inactive corporation, not currently organized and doing business under the law. "The Moorings" is a trademark registered to Mariner International Travel, Inc., a Delaware Corporation which is a member of the TUI Travel PLC group, a publically traded corporation on the London Stock Exchange.

                            MATTIONI, LTD

               BY: _____
                        Stephen J. Galati, Esquire
                        399 Market St., Suite 200
                        Philadelphia, PA 19106
                        Phone: 215-629-1600
                        Fax: 215-923-2227
                        *Attorneys for Defendant The Moorings USA, Inc.*

Date: May 22, 2012

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant The Moorings USA, Inc.'s Disclosure Statement was served via electronic notification on May 22, 2012, to the following:

Omid Niknam, Esquire
Law Offices of Omid Nikman, P.C.
1500 Walnut Street, 21st Floor
Philadelphia, PA 19102
E-mail: oniknam@comcast.net
***Attorney for Plaintiffs***

Robert E. McDivitt, III, Esquire
Fineman Krekstein & Harris, P.C.
1735 Market Street, Suite 600
Philadelphia, PA 19103
E-mail: rmcdivitt@finemanlawfirm.com
***Attorney for Defendant United States Yacht Shows, Inc.***

By: _____
Stephen J. Galati