IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| Joanne and Harry Morris, | * | |
| Plaintiffs, | * | Civil Action No. ELH 12-2131 |
| v. | * | : |
| United States Yacht Shows, Inc., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE INTEREST

I certify, as party in this case that The Moorings, USA, Inc. is an inactive corporation, not currently organized and doing business under the law. "The Moorings" is a trademark registered to Mariner International Travel, Inc., a Delaware Corporation which is a member of the TUI Travel PLC group, a publically traded corporation on the London Stock Exchange.  No other corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

Dated: August 6, 2012.

| | |
|---|---|
| Stephen J. Galati, Esquire | /s/ J. Stephen Simms |
| MATTIONI, LTD | J. Stephen Simms (#4269) |
| 399 Market St., Suite 200 | John T. Ward |
| Philadelphia, PA 19106 | Simms Showers LLP |
| Phone: 215-629-1600 | 20 South Charles Street, Suite 702 |
| Fax: 215-923-2227 | Baltimore, Maryland 21201 |
| sgalati@mattioni.com | 410.783.5795 (office) |
| | 410.783.1789 (fax) |
| | jssimms@simmsshowers.com |
| | jtward@simmsshowers.com |

*Attorneys for Defendant Mariner International Travel, Inc. d/b/a The Moorings*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2012 I caused the foregoing to be filed on the Court's CM/ECF system for service on all record counsel.

/s/ J. Stephen Simms