IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| JOANNE E. MORRIS *et ux.*, | * | |
| PLAINTIFFS, | * | |
| V. | * | CASE NO. ELH-12-2131 |
| MARINER INTERNATIONAL TRAVEL, INC. *d/b/a* THE MOORINGS *et al.*, | * | |
| | * | |
| DEFENDANTS. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

The parties, by their respective undersigned counsel, submit the following joint status report as directed by the Court's July 23, 2012 Letter Order [Dkt. No. 26].

**I. Procedural Status of Case**

The Plaintiffs filed their Second Amended Complaint on July 12, 2012. All parties that have already been served filed responsive pleadings on August 6, 2012. Responses by un-served parties will be due within the applicable time following service. Plaintiffs have attempted to serve Defendant Lagoon via international mail and certified international mail.

**II. Appearances of Counsel**

Plaintiffs request an additional 45 days to obtain Maryland counsel and existing counsel intends to seek admission *pro hac vice*.

Defendant Mariner International Travel, Inc. *d/b/a* The Moorings, has engaged J. Stephen Simms and Simms Showers, LLP to enter an appearance on its behalf; existing Pennsylvania counsel has been admitted in this case *pro hac vice*.

**III.    Issuance of Summonses**

The District Court for the Eastern District of Pennsylvania only issued one summons for Lagoon.  No other summons were issued

| | |
|---|---|
| /s/ Andrew L. Cole<br>Andrew L. Cole, Fed. Bar No. 14865<br>Cynthia M. Weisz, Fed. Bar No. 29391<br>Franklin & Prokopik<br>The B&O Building<br>Two N. Charles St., Ste. 600<br>Baltimore, MD 21201<br>(410) 752-8700<br>(410) 752-6868 (fax)<br>acole@fandpnet.com<br>cweisz@fandpnet.com<br><br>*Attorneys for Defendant United States Yacht Shows, Inc.*<br><br>/s/ Omid Niknam<br>Omid Niknam, Esq.<br>Law Offices of Omid Niknam, P.C.<br>1500 Walnut St., 21st Fl.<br>Philadelphia, PA 19102<br>(215) 568-1570 Tel<br>(215) 751-0658 Fax<br>oniknam@comcast.net<br><br>*Attorneys for Plaintiffs* | /s/ J. Stephen Simms<br>J. Stephen Simms, Fed. Bar No. 04269<br>Simms Showers, LLP<br>20 South Charles Street, Suite 702<br>Baltimore, Maryland 21201<br>410.783.5795 (office)<br>410.783.1368 (fax)<br>jssimms@simmsshowers.com<br><br>Stephen J. Galati, Esq.<br>Mattioni, Ltd.<br>399 Market St., Ste. 200<br>Philadelphia, PA 19106<br>(215) 629-1600<br>(215) 923-2227 (Fax)<br>SGalati@Mattioni.com<br><br>*Attorneys for Defendant Mariner International Travel, Inc. d/b/a The Moorings* |